John J. Rosenthal, Esq. (#425263)
Adam S. Nadelhaft, Esq. (#490124)
**WINSTON & STRAWN, LLP**
1700 K Street, N.W.
Washington, DC 20006-3817
Phone: (202) 282-5000
Fax: (202) 282-5100
jrosenthal@winston.com
anadelhaft@winston.com

Attorneys for Defendant MONSANTO COMPANY

## DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEYOND PESTICIDES, 701 E Street, SE, Suite 200, Washington, DC 20003, and ) ) ) ORGANIC CONSUMERS ASSOCIATION, 6771 South Silver Hill Drive, Finland, MN 55603, on behalf of the general public, ) ) ) ) ) Plaintiffs, ) ) ) v. ) ) MONSANTO COMPANY, 800 North Lindbergh Boulevard, St. Louis, MO 63167, And DOE CORPORATIONS 1-10, ) ) ) ) ) Defendant. ) | Case No. 1:17-cv-00941 |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Monsanto Company ("Monsanto") hereby respectfully moves the Court for entry of an order dismissing the Complaint of Plaintiffs Beyond Pesticides and the Organic Consumers Association ("Plaintiffs"), because it fails to state a claim upon which relief can be granted. The grounds supporting this Motion are set forth in the accompanying Memorandum in Support.

| | |
|---|---|
| Dated: May 18, 2017 | WINSTON & STRAWN LLP |
| | |
| | By: */s/ Adam S. Nadelhaft*_____<br>John J. Rosenthal, Esq. (#425263)<br>Adam S. Nadelhaft, Esq. (#490124)<br>**WINSTON & STRAWN, LLP**<br>1700 K Street, N.W.<br>Washington, DC 20006-3817<br>Phone: (202) 282-5000<br>Fax: (202) 282-5100<br>jrosenthal@winston.com<br>anadelhaft@winston.com<br><br>Attorneys for Defendant Monsanto Co. |

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document, brief in support, exhibits, and proposed order was served on Plaintiffs' counsel of record by Federal Express on this 18th day of May, 2017.

                                        /s/ *Adam S. Nadelhaft*
                                        Adam S. Nadelhaft, Esq. (#490124)
                                        WINSTON & STRAWN, LLP
                                        1700 K Street, N.W.
                                        Washington, DC 20006-3817
                                        Phone: (202) 282-5000
                                        Fax: (202) 282-5100
                                        jrosenthal@winston.com
                                        anadelhaft@winston.com
                                        ***Attorneys for Defendant Monsanto Co.***